# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER S. GODWIN,<br><br>                Plaintiff,<br><br>      v.<br><br>FRONTIER AIRLINES, INC. and JOHN DOE,<br><br>                Defendants. | CIVIL ACTION<br><br>NO.: 2:23-cv-4011 |

## ORDER

AND NOW, this _____ Day of _____, 2023, it is hereby

ORDERED that the application of Abram I. Bohrer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED

_____ DENIED

_____
                                                      J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I,_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
|  |  | 036871991 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     _____
(Applicant's Signature)

_____
(Date)

Name of Applicant's Firm  _____

Address  _____

Telephone Number  _____

Email Address  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/19/23  _____
(Date)                               (Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Abram I. Bohrer, Esquire</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Daniel Breen | [signature] | June 3, 2009 | PA 91507 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Rothenberg Law Firm

1420 Walnut Street, FL 2, Philadelphia PA 19102

Phone: (215)732-7000  Fax: (215) 732-2758

> Commonwealth of Pennsylvania - Notary Seal
> BERNICE A. CICHOCKI, Notary Public
> Philadelphia County
> My Commission Expires March 15, 2024
> Commission Number 1026879

Sworn to and subscribed before me this 24 day of OCTOBER, 2023.

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER S. GODWIN,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. and JOHN DOE,<br><br>Defendants. | CIVIL ACTION<br><br>NO.: 2:23-cv-4011 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Abram I. Bohrer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Upon all parties entitled to service via the Court's ECF system.

/s Daniel Breen
Signature of Attorney

Daniel Breen
Name of Attorney

Christopher S. Godwin
Name of Moving party

October 24, 2023
Date