# SHERIFF'S OFFICE OF DAUPHIN COUNTY

**Nicholas Chimienti, Jr.**
*Sheriff*



**David E. Olweiler**
*Chief Deputy*

**David B. Dowling**
*Solicitor*

**Vacant**
*Assistant Chief/Real Estate Deputy*

---

CHRISTOPHER S. GODWIN
vs.
FRONTIER AIRLINES, INC.

**Case Number**
2023-T-3024

## SHERIFF'S RETURN OF SERVICE

| | |
|---|---|
| 12/26/2023 | CASE # 2:23-CV-04011-CFK |
| 12/26/2023 | Advance Fee |
| 12/27/2023 | 10:27 AM - DEPUTY RAFAEL MOLINA, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THE COMPLAINT & SUMMONS WAS SERVED TO DAVE BULAKOWSKI, SERVICE ASSOCIATE, WHO ACCEPTED AS ADULT IN CHARGE AT THE TIME OF SERVICE TO WIT, FRONTIER AIRLINES, INC. AT C/O CSC, 2595 INTERSTATE DRIVE, SUITE 103, HARRISBURG, PA 17110. |

RAFAEL MOLINA, DEPUTY

SHERIFF COST: $47.25

SO ANSWERS,

December 28, 2023

NICHOLAS CHIMIENTI, JR., SHERIFF

### COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 12/26/2023 | Advance Fee | Advance Fee | 021125 | $0.00 | $47.25 |
| 12/28/2023 | County Fee | | | $47.25 | $0.00 |
| | | | | $47.25 | $47.25 |
| | | | **BALANCE:** | $0.00 | |

### NOTARY

Affirmed and subscribed to before me this
__28TH__ day of __DECEMBER__, __2023__

*Megan Tritt*

Commonwealth of Pennsylvania — Notary Seal
Megan Tritt, Notary Public
Dauphin County
My Commission Expires September 29, 2025
Commission Number 1407107

(c) CountySuite Sheriff, Teleosoft, Inc