## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER GODWIN,<br>          Plaintiff,<br><br>     v.<br><br>FRONTIER AIRLINES, INC. and JOHN DOE,<br>          Defendants. | Civil Action No.: 2:23-cv-4011-CFK |

### **DEFENDANT FRONTIER AIRLINES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Frontier Airlines, Inc. ("Frontier") discloses that it is a non-governmental corporation, and is a wholly-owned subsidiary of Frontier Group Holdings, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Frontier further discloses that, at the time this action was commenced, it was incorporated under the laws of the State of Colorado with its principal place of business in Colorado.

Dated: January 18, 2024

**CAMPBELL CONROY & O'NEIL, P.C.**

By: */s/ Erin W. Grewe*
Erin W. Grewe, Esquire
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
Tel.: 610-964-1900
Fax: 610-964-1981
Email: egrewe@campbell-trial-lawyers.com
*Counsel for Frontier Airlines, Inc.*