# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **FRONTIER AIRLINES, INC., et al.,** | : | |
| *Defendants*. | : | NO. 23-cv-04011 |

## O R D E R

**AND NOW**, this 23rd day of January 2024, it is hereby **ORDERED** that the above-captioned case shall be referred to arbitration. The arbitration clerk shall schedule an arbitration hearing on or about **May 22, 2024.**

All discovery must be completed by the time of the arbitration hearing and the Court will not permit post-arbitration discovery absent extraordinary circumstances. Counsel should review Section II.F of Judge Kenney's Policies and Procedures for Counsel, available on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.

After review of the Complaint (ECF No. 1) and Defendant Frontier Airlines, Inc.'s Answer (ECF No. 9), it is hereby ORDERED that Plaintiff shall have until March 22, 2024 at 12:00 p.m., to amend the pleading to include the name of the John Doe and attempt service on John Doe, or John Doe will be dismissed from the case. Defendants will also have until March 22, 2024, to name John Doe and bring him into the case.

        **BY THE COURT:**

        **/s/ Chad F. Kenney**
        _____
        **CHAD F. KENNEY, JUDGE**