UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

George V. Wylesol                                                                                          Clerk's Office
Clerk of Court                                                                                               215-597-7704

January 23, 2024

RE:    Godwin v. Frontier Airlines, Inc., et al, 23cv4011

       The Clerk's Office offers parties the option to proceed with arbitration trials by
videoconference, as an alternative to the arbitration trial taking place in the courthouse. More
information is available at www.paed.uscourts.gov/services/arbitration, including copies of the
court's Standing Order authorizing arbitration trials by videoconference, the Standing Procedural
Order setting forth the requirements that parties and arbitrators must follow, additional guidance
for participating in videoconferences using Microsoft Teams, forms for parties and arbitrators, and
contact information to use for questions that cannot be answered by reviewing those materials.

       All parties in the case must consent to proceeding by videoconference using the
Consent/Declination of Consent Form attached to this letter before an arbitration trial date will be
scheduled as a videoconference. If any party declines to proceed by videoconference, or a
completed consent form is not received for all parties to the case, the arbitration trial will be
scheduled to take place in the courthouse.

       The form must be electronically filed on CM/ECF and must be completed even if a party
is declining to proceed by videoconference. *Pro se* parties who do not have access to CM/ECF
should visit the Court's website for filing instructions at Electronic Document Submission (EDS) |
Eastern District of Pennsylvania | United States District Court (uscourts.gov) , or they may mail or hand
deliver the form to the Clerk's Office. Completed forms must be submitted within ten (10) days
of the date of this letter. Late requests to convert arbitrations to video proceedings disrupt the
efficient operation of the Clerk's office. Thereafter, the parties may not proceed by video except
upon applications to the assigned judge.

       To file the form on CM/ECF, use the ADR Documents category and choose the appropriate
event. To file a form consenting to proceed by videoconference choose the event "Notice Re:
Arbitration Consent of Videoconference." To file a form declining to proceed by videoconference,
choose the event "Notice Re: Arbitration Declination of Videoconference."

                                           Sincerely,

                                           GEORGE V. WYLESOL
                                           Clerk of Court

                          By:     */s/ Ronald Vance*
                                  Arbitration Clerk

Rev. 7/23