IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                        |   | CIVIL ACTION NO. |
|---|---|---|
|                        | : |                  |
| v.                     | : | **CONSENT TO or DECLINATION OF** |
|                        | : | **CONSENT TO ARBITRATION TRIAL** |
|                        | : | **PROCEEDING BY VIDEOCONFERENCE** |

In accordance with Local Civil Rule 53.2, subsection 5A, requiring arbitration trials to take place in the United States Courthouse, unless all parties have consented to proceed by videoconference, the parties to the above-captioned matter hereby:

☐ Voluntarily consent to have the arbitration trial proceed by videoconference, in accordance with the procedures set forth in the Standing Procedural Order for Arbitration Trials Conducted by Videoconference,

**OR**

☐ Acknowledge the option to proceed with the arbitration trial by videoconference but decline to consent. By declining to consent, the parties understand that the arbitration trial will take place in the United States Courthouse in a room assigned by the arbitration clerk

_____
Party Represented

_____                         _____
Attorney/Pro Se Litigant Signature                                      Date Signed

_____
Party Represented

_____                         _____
Attorney/Pro Se Litigant Signature                                      Date Signed

**\* Electronic signatures are accepted.  Attach a second page for additional signatures as needed.**

**Counsel must electronically file the completed form on CM/ECF using the ADR Documents category. Unrepresented parties who were unable to file the completed form on CM/ECF may use the Court's Electronic Document Submission service, which is available with instructions at https://www.paed.uscourts.gov/pro-se-eds or they may mail the form or bring it in person to the Clerk's Office for filing.**
**Parties must file this form if declining to proceed by videoconference.**

Rev. 5/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

|  |  | CIVIL ACTION NO. 23-4011 |
|---|---|---|
| v. | : : : : : : | **CONSENT TO PROCEED BEFORE A SINGLE ARBITRATOR** |

     In accordance with Local Civil Rule 53.2, subsection 2, the parties to the above-captioned matter hereby voluntarily agree to have the arbitration trial conducted before a single arbitrator, rather than proceeding before a panel of three arbitrators.

_____
Party Represented

_____         _____
Attorney/Pro Se Litigant Signature        Date Signed

_____
Party Represented

_____         _____
Attorney/Pro Se Litigant Signature        Date Signed

\*Electronic signatures are accepted.  Attach a second page for additional signatures as needed.

\*The form must be electronically filed on CM/ECF and must be completed even if a party is declining to proceed by videoconference.  Pro se parties who do not have access to CM/ECF should visit the Court's website for filing instructions at Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov) , or they may mail or hand deliver the form to the Clerk's Office.

**\*Completion of this form is optional.  Unless all parties to a case agree to proceed before a single arbitrator, the arbitration trial will be held before a panel of three arbitrators.**