# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **FRONTIER AIRLINES, INC., et al.,** *Defendants*. | : : | **NO. 23-cv-04011** |

## ORDER

**AND NOW**, this 26th day of January 2024, it is hereby **ORDERED** that the Application for Admission Pro Hac Vice (Dkt. No. 13) is **DENIED** without prejudice subject to submission of the required filing fee.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**