IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FRONTIER AIRLINES, INC. et al.,** | : | |
| *Defendants*. | : | **NO.  23-cv-04011** |

## ORDER

**AND NOW**, this 26th day of January 2024, it is hereby **ORDERED** that the Application for Admission Pro Hac Vice (Dkt. No. 15) of Kathleen M. Guilfoyle, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

Pro Hac Vice Counsel is directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney