IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | : CIVIL ACTION NO. |
|  | : |
| v. | : **CONSENT TO or DECLINATION OF** |
|  | : **CONSENT TO ARBITRATION TRIAL** |
|  | : **PROCEEDING BY VIDEOCONFERENCE** |
|  | : |

In accordance with Local Civil Rule 53.2, subsection 5A, requiring arbitration trials to take place in the United States Courthouse, unless all parties have consented to proceed by videoconference, the parties to the above-captioned matter hereby:

☐ Voluntarily consent to have the arbitration trial proceed by videoconference, in accordance with the procedures set forth in the Standing Procedural Order for Arbitration Trials Conducted by Videoconference,

**OR**

☐ Acknowledge the option to proceed with the arbitration trial by videoconference but decline to consent. By declining to consent, the parties understand that the arbitration trial will take place in the United States Courthouse in a room assigned by the arbitration clerk

_____
Party Represented

*Erin W. Grewe*
_____                    _____
Attorney/Pro Se Litigant Signature                                        Date Signed


_____
Party Represented


_____                    _____
Attorney/Pro Se Litigant Signature                                        Date Signed

* **Electronic signatures are accepted. Attach a second page for additional signatures as needed.**

**Counsel must electronically file the completed form on CM/ECF using the ADR Documents category. Unrepresented parties who were unable to file the completed form on CM/ECF may use the Court's Electronic Document Submission service, which is available with instructions at https://www.paed.uscourts.gov/pro-se-eds or they may mail the form or bring it in person to the Clerk's Office for filing.
Parties must file this form if declining to proceed by videoconference.**

Rev. 5/2023