IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER GODWIN | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 23-4011 |
| FRONTIER AIRLINES, INC., et al | : | |
| Defendant. | : | |

## NOTICE OF ARBITRATION HEARING

Take notice that the above-captioned case has been scheduled for Arbitration in the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on May 30, 2024, at 9:30 a.m. in Courtroom 5B, 5th floor.

Trials may be rescheduled to an earlier date if counsel notifies the arbitration clerk by letter, submitted via e-mail to paed_arbitration@paed.uscourts.gov, within thirty (30) days of receipt of this notice. Requests made more than thirty (30) days after the date of this Notice, or requests for dates after the date set forth in this Notice, must be filed electronically on CM/ECF for consideration by the assigned judge.

Discovery must be completed within ninety (90) days of the date the answer was filed, unless otherwise ordered by the assigned judge.

The assigned arbitrators will determine the order in which cases will proceed. In the event of settlement, counsel shall notify chambers immediately and notify the arbitration clerk via email at paed_arbitration@paed.uscourts.gov. If an arbitration panel has been assigned to the case, the arbitration clerk shall notify all members of the arbitration panel.

Failure to advise the Court of a settlement may result in sanctions requiring the parties to compensate the arbitrators for their service.

George V. Wylesol  
Clerk of Court

By: */s/ Ronald Vance*  
Arbitration Clerk  
Phone: 267-299-7429

Date: February 20, 2024

**NOTE:  Arbitrators shall not participate in settlement discussions.**

(Revised 5/23)