**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER GODWIN,
                Plaintiff,

    v.

FRONTIER AIRLINES, INC. and JOHN
DOE,
                Defendants.

Civil Action No.: 2:23-cv-4011-CFK

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2024, upon consideration of the Parties' Joint Motion to Extend the Deadline for the Parties to Name Defendant John Doe and Continue Arbitration, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that:

- Plaintiff shall have until May 6, 2024 at 12:00 p.m., to amend his Complaint to include the name of the John Doe Defendant and attempt service on John Doe, or John Doe will be dismissed from the case. Defendants will also have until May 6, 2024, to name John Doe and bring him into the case;

- The arbitration hearing set for May 30, 2024 is adjourned. The arbitration clerk shall schedule an arbitration hearing on or about **August 30, 2024**.

              **BY THE COURT:**

              _____
              **CHAD F. KENNEY, JUDGE**