IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **FRONTIER AIRLINES, INC. and JOHN DOE,** | : | |
| | : | |
| *Defendants.* | : | NO. 23-cv-04011 |

## ORDER

**AND NOW**, this 28th day of March 2024, upon consideration of the parties' Joint Motion to Extend the Deadline for the Parties to Name Defendant John Doe and Continue Arbitration (ECF No. 20), it is hereby **ORDERED** that the Motion (ECF No. 20) is **GRANTED**, as follows:

1. The parties shall have until **May 6, 2024, at 12:00 p.m.** to name the John Doe Defendant and bring him into the case;

2. Plaintiff shall have until **May 6, 2024, at 12:00 p.m.**, to amend his Complaint to include the name of the John Doe Defendant and attempt service on John Doe, or John Doe will be dismissed from the case;

3. All Defendant(s) shall have until **May 27, 2024, at 12:00 p.m.**, to file a responsive pleading to the Amended Complaint;

4. The arbitration hearing scheduled for May 30, 2024, at 9:30 a.m. (ECF No. 18) shall be continued for 90 days and rescheduled on or about **August 30, 2024**; and

5. **There will be no further extensions**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**