IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **FRONTIER AIRLINES, INC.** and | : | |
| **JOHN DOE,** | : | |
| *Defendants.* | : | **NO. 23-cv-04011** |

# O R D E R

AND NOW, this **11th** day of **June 2024**, upon review of the docket and this Court's Order of March 28, 2024 (ECF No. 21), and the docket being silent as to either the name of the John Doe Defendant or Plaintiff having filed an Amended Complaint, it is hereby **ORDERED** that Defendant **John Doe** is hereby **DISMISSED** from the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**