## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER GODWIN,<br>　Plaintiff,<br><br>　　　v.<br><br>FRONTIER AIRLINES, INC. and JOHN DOE,<br>　　　Defendants. | Civil Action No.: 2:23-cv-4011-CFK |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the parties' Stipulated Protective Order, it is hereby **ORDERED** that the Stipulated Protective Order is **APPROVED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Chad F. Kenney