IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
| *Defendant.* | : | **NO. 23-cv-04011** |

# O R D E R

**AND NOW**, this **1st day** of **July 2024**, it is hereby **ORDERED** that the above-captioned case is hereby referred to Magistrate Judge Lynne A. Sitarski to conduct a settlement conference provided the parties certify they are ready to proceed with one in good faith. The parties may seek a settlement conference only if and when the parties are in a realistic position to settle and require settlement assistance. The parties must be thoroughly prepared and must read and follow Magistrate Judge Lynne A. Sitarksi's requirements for the settlement conference.

It is further **ORDERED** that an **in person**, on the record Initial Pretrial Conference (Rule 16) is scheduled for **Wednesday, July 17, 2024, at 9:30 a.m.** before the Hon. Chad F. Kenney, in Courtroom 11B, 601 Market Street, Philadelphia, PA 19106.

It is also **ORDERED** and **DECREED**:

1. The Court assumes that, given that Defendant filed their Answer on January 18, 2024 (ECF No. 9), discovery is near completion.

2. The Court assumes that the parties have exchanged the required initial disclosures under Fed. R. Civ. P. 26(a) and will verify this at the Rule 16 conference on July 17, 2024.

3. After consultation with all counsel for all parties, Plaintiff's counsel shall complete

and **file with the Clerk the required Report of the Rule 26(f) Meeting** incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report[1] **on or before July 12, 2024, by 12:00 p.m.** The parties are instructed to review Judge Kenney's Practices and Procedures in this regard.

4. Separate and apart from the Rule 26(f) Report, the parties shall **submit a joint status report** identifying **the exact discovery completed to date, as well as the exact discovery still outstanding**. This report is due **on or before July 12, 2024, at 12:00 p.m.**;

5. Lead trial counsel is required to appear at the Rule 16 Conference. If lead counsel is absolutely unable to attend, the conference will be rescheduled;

6. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

7. Counsel are instructed to refer to Judge Kenney's Practices and Procedures at: https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/kenpolb.pdf.