IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER S. GODWIN | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 23-4011 |
| | : | |
| FRONTIER AIRLINES, INC., et al | : | |
| Defendant | : | |

## ORDER SUBSTITUTING ARBITRATORS

AND NOW, this 2nd day of July 2024, it is hereby **ORDERED** that Christopher Evarts, Esq., Ralph Wellington, Esq., and Peter A. Lennon, Esq. formerly appointed as arbitrators for the arbitration trial on May 30, 2024, are **REPLACED**.

It is **FURTHER ORDERED** that the following panel is appointed to serve as arbitrators in this case on August 29, 2024.

        Chairperson:  Kevin Maginnis, Esq.
        Arbitrator:     Raymond Peppelman, Esq.
        Arbitrator:     Dolores Rocco Kulp, Esq.

BY THE COURT:

/s/ Chad F. Kenney
_____
Hon. Chad F. Kenney
United States District Judge