## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. GODWIN,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FRONTIER AIRLINES, INC.,** | : | |
| *Defendant.* | : | **NO. 23-cv-04011** |

## O R D E R

**AND NOW**, this **16th** day of **July 2024**, upon consideration of counsel's email dated July 15, 2024, and it being represented that opposing counsel has no objection, it is hereby **ORDERED** that the <u>**in person**</u>, on the record Initial Pretrial Conference (Rule 16)/Status Conference scheduled for Wednesday, July 17, 2024, at 9:30 a.m. (ECF No. 26) is now **RESCHEDULED** for **Tuesday, August 13, 2024, at 11:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom 11B, 601 Market Street, Philadelphia, PA 19106.

It is also **ORDERED** and **DECREED** that **September 3, 2024, at 9:30 a.m.** is the designated date to subpoena to Courtroom 11B both the custodians and the respective medical providers who have not timely responded to records subpoenas. Counsel must properly serve and tender the witness fee and attach a separate letter informing the individuals that failure to appear may lead to a motion to compel and contempt of court proceedings. Counsel in the letter must inform the individuals that if they provide the documents prior to the deposition, they will not need to appear. Counsel shall also include a copy of the letter and subpoena, which the individuals shall then provide to their counsel as instructed by Judge Kenney. <u>All subpoenas and letters must be properly served prior to the Initial Pretrial Conference on **August 13, 2024**</u>.

**FURTHER,** Counsel is to notify the Court who will be deposed in Courtroom 11B by **August 31, 2024, at 12:00 p.m.** The parties are to provide their own court reporter and pay all

court fees. Counsel shall notify the Court if medical records are timely provided and the use of the Courtroom for depositions is not required.

  **AND**, it is **ORDERED**, the parties shall email Chambers at Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov expressing their full understanding of this **Order by today, July 16, 2024, at 5:00 p.m.**

             **BY THE COURT:**

             /s/ Chad F. Kenney
             _____
             **CHAD F. KENNEY, JUDGE**